IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **FREDDIE L. WILLIS, JR.** | : | |
| Petitioner, | : | |
| VS. | : | NO. 3:12-CV-138 (CAR) |
| **GLYNN JOHNSON, Warden,** | : | |
| | : | Proceedings under 28 U.S.C. § 2254 |
| Respondent. | : | Before the U.S. Magistrate Judge |

## RECOMMENDATION

Petitioner Freddie L. Willis, Jr. has filed the instant federal habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging his August 1990 murder conviction in Elbert County. Doc. 1. Respondent Glynn Johnson has filed a motion to dismiss the petition for lack of jurisdiction, alleging that the petition is successive. Doc. 12. Because Petitioner has previously filed a Section 2254 petition challenging his conviction, it is hereby **RECOMMENDED** that Respondent's Motion to Dismiss be **GRANTED** and that the instant petition be **DISMISSED**.

Also before the Court are Petitioner's Motion for Leave to Supplement Record (Doc. 10) and Motion for Habeas Corpus Ad Testificandum (Doc. 11). In view of the Court's recommendation to dismiss the instant petition for lack of jurisdiction, Petitioner's motions are **DENIED** as moot.

Pursuant to 28 U.S.C. § 2244, "before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). It is undisputed that Petitioner has previously filed a Section 2254 petition challenging his conviction, which was dismissed as time-barred. Docs. 1, 13-2; Willis v.

Chattman, No. 1:01-CV-2468 (JEC) (N.D.Ga. April 17, 2002). In accordance with 28 U.S.C. § 2244(b)(3), this Court's consideration of the instant motion is precluded absent prior authorization by the Eleventh Circuit. As there is nothing in the record to indicate that any such authorization has been given, it is **RECOMMENDED** that the petition be **DISMISSED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 23rd day of April, 2013.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge